**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BONNIE HAINES,                     :   No. 559 MAL 2021
                                   :
            Petitioner     :
                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court
      v.                           :
                                   :
                                   :
ST. LUKE'S HOSPITAL,               :
                                   :
            Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.